**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | No. 168 |
| | : | |
| APPOINTMENT TO THE | : | DISCIPLINARY RULES DOCKET |
| PENNSYLVANIA INTEREST ON | : | |
| LAWYERS TRUST ACCOUNT BOARD | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 14th day of September, 2018, Markita Morris-Louis, Esquire, Philadelphia, is hereby appointed as a member of the Pennsylvania Interest on Lawyers Trust Account Board for a term expiring September 1, 2019.